IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ZACHARY R. E. RUSK,<br><br>Plaintiff,<br><br>v.<br><br>UTAH ODAR OFFICE et al.,<br><br>Defendants. | MEMORANDUM DECISION<br><br>Case No. 2:16-cv-00332-CW-PMW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Paul M. Warner |

Before the court is Plaintiff Zachary R. E. Rusk's ("Plaintiff") motion for reconsideration of an order declining to appoint counsel.[1] Plaintiff fails to state substantive factual or legal grounds for reconsideration. Accordingly, Plaintiff's motion for reconsideration is **DENIED**. Plaintiff is reminded again that he is required to know and comply with the rules and procedures of the court. *See* DUCivR 83-1.1(f). Moreover, the court will not advocate on behalf of, or construct legal theories for, a pro se litigant. *See generally Ledbetter v. City of Topeka*, 318 F.3d 1183, 1187 (10th Cir. 2003)*; Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991); *Dunn v. White*, 880 F.2d 1188, 1197 (10th Cir. 1989).

DATED this 31st day of May, 2016.

BY THE COURT:

PAUL M. WARNER
United States Magistrate Judge

---

[1] Docket no. 10.